| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: DePorre<br>Special Agent: Thomas, FBI | Telephone: (810) 766-5177<br>Telephone: (810) 239-5775 | |

# UNITED STATES DISTRICT COURT
для the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Neil Matthew Walter, | Case No. | 4:22-mj-30506<br>Judge: Ivy, Curtis<br>Filed: 11-22-2022 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 3, 2022 & November 19, 2022  in the county of  Genesee  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmitted in interstate commerce communications containing a threat to injury the person of another |

This criminal complaint is based on these facts:

That on November 3, 2022 and November 19, 2022, in the Eastern District of Michigan, Walter transmitted in interstate commerce communications containing a threat to injury the person of another, in violation of 18 U.S.C. § 875(c).

☑ Continued on the attached sheet.

_Complainant's signature_

Sean Thomas, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  November 22, 2022

_Judge's signature_

City and state:  Bay City, MI

Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Sean Thomas, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed since July 7, 2019. I am presently assigned to the FBI's Detroit Field Office, Flint Resident Agency. I work a variety of criminal and national security matters including the investigation of violent crimes, major offenses such as federal bank robberies, crimes against children and the apprehension of federal fugitives.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Neil Matthew Walter ("Walter"), date of birth XX/XX/1990, for transmitting in interstate commerce a communication containing a threat to injury the person of another, in violation of 18 U.S.C. § 875(c).

3. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers and through other investigative activity. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Probable Cause**

4.     On November 4, 2022, the United States Capitol Police (USCP) Threat Assessment (TAS) received a report from Congressman John Garamendi's Office reporting that a threatening voice message was received at the Washington District of Columbia Office, sent from telephone number 772-404-4740, dated November 3, 2022, at approximately 10:53 p.m., stating, *"John. Hey John. You're gonna die John. You're gonna die."*

5.     On November 8, 2022, database checks for the telephone number 772-404-4740 found a report documenting a vehicular accident near Fenton Road at Baldwin Road with the insured driver identified as "Neil Walter" date of birth of "1990", and home address of ▇ Fenton Road, Grand Blanc, Michigan, 48439. Investigators have knowledge that Fenton Road and Baldwin Road is a known intersection specifically located in the Township of Mundy, County of Genesee, state of Michigan. A public query of the aforesaid cellular number also identified the device to be assigned to "Neil Walter", date of birth XX/XX/1990, home address of ▇ Fenton Road, Grand Blanc, Michigan. Lastly, a Michigan Secretary of State (SOS) query of Neil Walter, with the date of birth ▇/1990, a resident of the state of Michigan. The state of Michigan driver's license

photograph of Walter was also consistent to the Facebook profile photograph of "Neil Walter," identified as a white male with brown hair and a brown beard.

6. The open source search of Walter's Facebook page identified the profile address of https://www.facebook.com/profile.php?id=100010306279165



Below is Michigan SOS Image of Walter



3

7. During the USCP investigation, it was noted that Walter's public Facebook posts had numerous comments stating beliefs that half the Senators, the FBI, CIA, police, Tom Cruise, and Elon Musk are involved in a child slave rape ring, listing various locations where these rings are located, one of which identified the United States Capitol Building.

8. Further investigation revealed a previous posting located on Walter's Facebook page, time-stamped November 3, 2022, at 7:39 p.m., where Walter's made the following post intended for Congressman John Garamendi:



9. On November 8, 2022, USCP made contact with Detective Racosta of the Metro Authority Police Department in Genesee County, Michigan, requesting a welfare check on Walter. At approximately 3:00 p.m., Detective Racosta made contact with Walter at ▓▓▓ Fenton Road, Grand Blanc, Michigan. Walter answered the door with a firearm in his hand and initially refused to drop the gun or exit the residence. After Detective Racosta instructed him to do so, Walter placed the handgun in the pocket of his hooded sweatshirt but kept his hand over

4

the firearm during police contact. Detective Racosta stated that although no direct threats were made towards law enforcement, Walter did claim that he would defend himself against the U.S. government.

10.   During police contact, Walter went on a rant about kids being raped, a lawsuit with Putin, and how he is calling everyone all the time, but no one is doing anything about the kids.  While Detective Racosta was at the house, Walter's father, Lloyd Walter, arrived and advised investigators of his son's mental instability and prior history of being committed to a Florida hospital later identified as HCA Woodmont Hospital in Tamarac, Florida, 33321.

11.   On November 9, 2022, USCP made contact with Walter's mother, Terri Walter. Terri Walter advised she was very concerned for her son's (Walter's) safety. Terri Walter stated she first learned of her son's mental health issues in December 2021 when Walter was completing a bathroom renovation in the state of Georgia. Walter was acting odd and jumped through a window and sustained multiple injuries. After being released from the hospital, Walter continued acting odd and out of character, and family members took Walter to a community mental health facility where he was involuntarily committed by medical staff and transferred to HCA Woodmont Hospital of Tamarac, Florida.  According to Terry Walter, Walter was diagnosed with an unspecified psychosis.

12. On November 10, 2022, the USCP made contact with Terri Walter who advised that Walter is refusing mental health treatment, is still in possession of a handgun, and made statements he would protect himself if anyone comes to try to take him from his home.

13. On November 10, 2022, Walter contacted the USCP Criminal Investigations Main line at 202-224-0928 from cellular number 772-404-4740. During the call, Walter expressed strong discontent explaining the USCP should not have called his family about him. Walter also explained that the USCP are going to make it worse.

14. On November 19, 2022, Neil Walter used his Facebook account to post comments to a live stream video of FBI Director Wray. Walter used the Facebook account identified in paragraph 6, above. Below is screen-shot of Walter's Facebook threatening post directed towards FBI Director Christopher Wray.

Below is the referenced live stream thread depicting FBI Director Christopher Wray:





Below is a closeup image of the threatening Facebook comment post made by Walter, directed towards FBI Director Christopher Wray:



15. On November 21, 2022, I conducted a firearm query check of Walter's registered firearms and found that he registered a Sig Sauer, bearing serial number 58J054385, a 9mm caliber pistol. I also spoke with Walter's mother, Terri Walter, who indicated that Walter also has a revolver pistol.

## Conclusion

16.     Based on the information above, I have probable cause to believe that on November 3, 2022 and November 19, 2022, in the Eastern District of Michigan, Walter transmitted in interstate commerce communications containing a threat to injury the person of another, in violation of 18 U.S.C. § 875(c).

_____
Sean Thomas
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me and signed in my presence and/or by electronic means on this <u>22nd</u> day of November, 2022.

_____
Honorable Patricia T. Morris
United States Magistrate Judge