| | AUSA: DePorre | Telephone: (810) 766-5177 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Thomas, FBI | Telephone: (810) 239-5775 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Neil Matthew Walter

Case No. 4:22-mj-30506

## ARREST WARRANT



To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Neil Matthew Walter,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

That on November 3, 2022 and November 19, 2022, in the Eastern District of Michigan, Walter transmitted in interstate commerce communications containing a threat to injury the person of another, in violation of 18 U.S.C. § 875(c).

Date: November 22, 2022

*Issuing officer's signature*

City and state: Bay City, MI

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/22/2022, and the person was arrested on *(date)* 11/22/2022
at *(city and state)* FLINT, MI

Date: 11/22/2022

*Arresting officer's signature*

Chance Hardin DUSM
*Printed name and title*

---

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA